DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Marc Miller, et al., ) | |
| ) | CASE NO. 1:06 CV 2962 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| Cabell Financial Corporation, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned case is *sua sponte* dismissed without prejudice for lack of subject matter jurisdiction.

| | |
|---|---|
| June 13, 2007 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |